UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD ARJUN KAUL** *M.D.* and **ARNOLD ERWIN FELDMAN** *M.D.*, <br><br> Plaintiffs, <br><br> v. <br><br> **FEDERATION OF STATE MEDICAL BOARDS,** *et al.*, <br><br> Defendants. | Civil Action No. 19-cv-3050 (TSC) |

### ORDER

For the reasons expressed in the accompanying Memorandum Opinion:

1. Defendant Louisiana Board of Medical Examiners' Motion to Dismiss, ECF No. 88, is **GRANTED** with prejudice;

2. Defendant Daniel Stolz's Opposition to Request for Entry of Default and Motion to Dismiss, ECF No. 133, is **GRANTED** with prejudice;

3. Defendants Dr. Cecilia Mouton and Dr. John Michael Burdine's Motion to Dismiss, ECF No. 88, is **GRANTED** without prejudice;

4. Defendant Federation of State Medical Boards' Motion to Set Aside Default and Dismiss Plaintiffs' Complaint, ECF No. 127, is **GRANTED** without prejudice;

5. All remaining claims against Defendants Pennsylvania Medical Board, Lewis Stein, Scott Metzger and Judge Brian R. Martinotti are **DISMISSED**.

Having previously transferred the claims against the New Jersey Defendants[1] and dismissed the claims against all remaining Defendants, *see* ECF Nos. 149, 150, this matter is hereby **DISMISSED**.

The Clerk of the Court shall mail a copy of this order and the accompanying Memorandum Opinion to:

> **RICHARD ARJUN KAUL**
> 440c Somerset Drive
> Pearl River, NY 10965
>
> **ARNOLD ERWIN FELDMAN**
> 2000 Cheney Highway
> Suite 103, #273
> Titusville, FL 32780

Date: March 31, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

---

[1] The "New Jersey Defendants" refers to all former Defendants who joined in the February 13, 2020, Omnibus Motion to Sever and Transfer, ECF No. 82, as well as those Defendants who filed an earlier Motion to Sever and Transfer or alternatively Dismiss for Failure to State a Claim. ECF No. 47. Thus, the New Jersey Defendants are: Allstate Insurance Company, Richard Crist, GEICO, GEICO Indemnity, GEICO General Ins. Co., GEICO Casualty, Fourth Edition Inc. f/k/a North Jersey Media Group Inc. (sued as North Jersey Media Group, Inc.), Lindy Washburn, Dr. Peter Staats, the American Society of Interventional Pain Physicians, the New Jersey Board of Medical Examiners, Former New Jersey Governor Christopher J. Christie, Dr. Andrew Kaufman, Doreen Hafner, Eric Kanefsky, Atlantic Health System, Dr. Robert F. Heary, Dr. Marc Cohen, John P. Di Iorio, TD Bank, NA, Congress of Neurological Surgeons, Hackensack University Medical Center, Robert Garrett, Howard Solomon, Gregory Przybylski, and Steven Lomazow.